# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

EVELENA N. MORILLO,

    Plaintiff,

vs.                                                      CASE NO. 6:08-CV-412-ORL-19DAB

GERARDO VIZCARRONDO, DVM, P.A.,
d/b/a Broadway Animal Hospital,
GERARDO VIZCARRONDO,

    Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 25, filed June 16, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 25) is **ADOPTED and AFFIRMED.** The Motion for Entry of Judgment in Accordance with Offer of Judgment (Doc. No. 19, filed June 3, 2008) is **GRANTED,** and judgment shall be entered in accordance with the undisputed terms of the settlement agreement as set forth in the Stipulation Regarding Settlement at Docket Number 22 (filed June 8, 2008). This case is **DISMISSED WITH PREJUDICE** and the Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___11th___ day of July, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record